# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SANTOS DARDAR

NO. 2019 KW 1133

**OCT 28 2019**

In Re:   Santos Dardar, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 545983.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**REQUEST FOR STAY DENIED. WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief and supporting memorandum, the State's response, if any, the court's ruling, the bill of information, the transcripts from the proceedings held in the district court including the **Boykin** transcript, and any other portion of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before December 23, 2019, and the application must include a copy of this ruling and the missing items noted above.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*Rucu L Reed*

DEPUTY CLERK OF COURT
FOR THE COURT